## 57782. DIXON v. THE STATE.

Deen, Chief Judge.

Defendant was tried by a jury, convicted of involuntary manslaughter, and sentenced to serve five years in a state penitentiary. He brings this appeal from the denial of his amended motion for a new trial.

1. As the jury is the sole judge of the credibility of witnesses, this enumeration is without merit. *Stewart v. State*, 128 Ga. App. 11 (195 SE2d 251) (1973).

2. Proof of venue, though slight, is sufficient where there is no conflicting evidence. *Casey v. State,* 133 Ga. App. 161 (210 SE2d 375) (1974). The evidence was sufficient to establish venue in Fulton County.

*Judgment affirmed. Birdsong and Carley, JJ., concur. Shulman, J., not participating.*

SUBMITTED MAY 7, 1979 — DECIDED JUNE 13, 1979.

*Stanley H. Nylen,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, R. David Petersen, Assistant District Attorneys,* for appellee.